UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT, MICHAEL O'BRIEN, and ROBERT OSBORNE, <br><br> Defendants. | Case No. 23-cv-03044 <br><br> Hon. John J. Tharp, Jr. |

**JOINT STATUS REPORT AND STIPULATION REGARDING SCHEDULE FOR MOTION FOR TEMPORARY RESTRAINING ORDER; PROPOSED ORDER**

Plaintiffs Aon plc, Aon Corporation, and Aon Fac, Inc. ("Plaintiffs") and Defendants Alliant Insurance Services, Inc., Louis Ambriano, Nicholas Ambriano, Juan Aponte, Owen Buscaglia, Andrew Masse, Rachel McAllister, Chris Medlicott, Michael O'Brien, and Robert Osborne ("Defendants"), by and through their counsel, hereby provide the Court with a status update regarding Plaintiffs' Motion for Temporary Restraining Order ("TRO Motion") and their joint stipulation regarding the TRO Motion schedule.

The Parties have reached an agreement to provide additional time for briefing and discussions between the parties regarding possible resolution of the TRO Motion, which also includes an interim agreement regarding Plaintiffs' request for a TRO, between now and the hearing on the TRO Motion.

The Parties jointly stipulate and agree that the briefing and hearing schedule regarding the TRO Motion shall be as follows:

| | |
|---|---|
| Defendants' opposition papers due: | May 24, 2023 |
| Plaintiffs' reply papers due: | May 31, 2023 |
| Hearing: | June 2, 2023 (or as soon thereafter as the Court's schedule permits) |

The Parties respectfully request that the Court enter an order setting the TRO Motion briefing and hearing scheduling according to the Parties' joint stipulation.

DATED: May 19, 2023    Respectfully Submitted,

/s/ *James M. Witz*
James M. Witz
jwitz@littler.com
Orly Henry
ohenry@littler.com
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1100
Chicago, Illinois 60654
(312) 372-5520

Jessica F. Pizzutelli (*pro hac application pending*)
jpizzutelli@littler.com
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
(585) 203-3400
Attorneys for Plaintiffs

/s/ *Debra Fischer*
Debra Fischer
Debra.fischer@morganlewis.com
Seth M. Gerber
seth.gerber@morganlewis.com
Sari Alamuddin
Sari.alamuddin@morganlewis.com
Morgan Lewis & Bockius LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067
Attorneys for Defendants

## **[PROPOSED] ORDER**

The Court, after considering the Parties' joint stipulation regarding Plaintiffs' Motion for Temporary Restraining Order, hereby orders the following schedule for Plaintiffs' Motion for Temporary Restraining Order:

| | |
|---|---|
| Defendants' opposition papers due: | May 24, 2023 |
| Plaintiffs' reply papers due: | May 31, 2023 |
| Hearing: | June 2, 2023 [or _____, 2023] |

DATED: _____, 2023         _____

                                Hon. John J. Tharp, Jr.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 19, 2023, he filed the foregoing using the Court's CM/ECF system, which will provide notice of the same to the below and all counsel of record.

Debra Fischer
Debra.fischer@morganlewis.com
Seth M. Gerber
seth.gerber@morganlewis.com
Sari Alamuddin
Sari.alamuddin@morganlewis.com
Morgan Lewis & Bockius LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067

*/s/ James Witz*