## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Aon plc,, et al.

                                      Plaintiff,

v.                                                         Case No.: 1:23–cv–03044
                                                                                 Honorable John J. Tharp Jr.

Alliant Insurance Services, Inc.,, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2023:

        MINUTE entry before the Honorable John J. Tharp, Jr:In light of the parties' joint status report and stipulation regarding the plaintiffs' motion for temporary restraining order [13], the motion hearing set for 5/19/23 at 3:30 p.m. is stricken and reset to 6/2/23 at 2:00 p.m. in courtroom 2303. The Court adopts the parties' jointly proposed briefing schedule on the motion for temporary restraining order: the defendants' opposition papers are due 5/24/23; the plaintiffs' reply papers are due 5/31/23. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.