UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT, MICHAEL O'BRIEN, and ROBERT OSBORNE, <br><br> Defendants. | Case No. 23-cv-03044 <br><br> Hon. John J. Tharp, Jr. |

## DECLARATION OF BLEDION DIZDARI

I, BLEDION DIZDARI, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Senior Vice President of Finance and Operations in the Retail Property and Casualty division of defendant Alliant Insurance Services, Inc. I am located within the United States and am a resident of New York, am over the age of 18 years and am fully familiar with the facts set forth herein. If called to testify as a witness in this action, I could and would testify to these same facts.

2. One of my main roles at Alliant is the identification and recruitment of insurance producers and other professionals to join Alliant. As such, I am personally familiar with the protocols implemented by Alliant with respect to prospective candidates for employment and new hires.

DB1/ 138517465.1

1

3. Alliant recruited the individual defendants *individually*—not in pairs or groups. Alliant also instructed the individual defendants not to solicit or recruit their fellow Aon employees, and Alliant is not aware of any of them having done so. Is Alliant surprised that some additional employees and staff also decided to take advantage of the employment opportunity at Alliant after their bosses departed? Certainly not. In fact, it would be unusual if such a thing did not happen, in this or likely any other industry.

4. Alliant has implemented regularized protocols meant to insure that prospective candidates for employment and new hires do not breach their legal duties to their current employers. Among the protocols designed to effectuate this is Alliant's Prospective Employee Departure Protocols, or PEDP.

5. Alliant also employs internal IT measures designed to prevent new employees from downloading, uploading, saving or transferring information from their former employers to Alliant computers and systems, such as blocking access to USB ports and personal email transmissions.

6. The Prospective Employee Departure Protocols are written instructions to employment candidates, which the candidates are instructed to review and sign. In the PEDP, the candidates are told, among other things: (a) if they are currently employed during their discussions with Alliant, they must continue to serve their current employer's best interests while working for their current employer; and (b) during this employment period with their current employer, they should not encourage any other employees or actual or prospective clients of their current employer to join Alliant.

7. The Prospective Employee Departure Protocols also instruct the candidates, repeatedly and in **bold type**, that they must not improperly take, disclose, use or otherwise

misappropriate any trade secret, proprietary, or confidential information of their employer, at any time, and that they must not bring any such materials to Alliant.

8. Each of the individual defendants signed Prospective Employee Departure Protocols prior to being hired by Alliant.

9. Annexed hereto as **Exhibit A** is a true and correct copy of a Prospective Employee Departure Protocol executed by Louis Ambriano.

10. Annexed hereto as **Exhibit B** is a true and correct copy of a Prospective Employee Departure Protocol executed by Nicholas Ambriano.

11. Annexed hereto as **Exhibit C** is a true and correct copy of a Prospective Employee Departure Protocol executed by Juan Aponte.

12. Annexed hereto as **Exhibit D** is a true and correct copy of a Prospective Employee Departure Protocol executed by Owen Buscaglia.

13. Annexed hereto as **Exhibit E** is a true and correct copy of a Prospective Employee Departure Protocol executed by Andrew Masse.

14. Annexed hereto as **Exhibit F** is a true and correct copy of a Prospective Employee Departure Protocol executed by Rachel McAllister.

15. Annexed hereto as **Exhibit G** is a true and correct copy of a Prospective Employee Departure Protocol executed by Chris Medlicott.

16. Annexed hereto as **Exhibit H** is a true and correct copy of a Prospective Employee Departure Protocol executed by Michael O'Brien.

17. Annexed hereto as **Exhibit I** is a true and correct copy of a Prospective Employee Departure Protocol executed by Robert Osborne.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 24, 2023.

_____
BLEDION DIZDARI