UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT. MICHAEL O'BRIEN, and ROBERT OSBORNE, <br><br> Defendants. | Case No. 23-cv-03044 <br><br> Hon. John J. Tharp, Jr. |

## DECLARATION OF DANIEL HOWELL

I, DANIEL HOWELL, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am located within the United States and am a resident of the State of Washington, am over the age of 18 years and am fully familiar with the facts set forth herein. If called to testify as a witness in this action, I could and would testify to these same facts.

2. I am a Senior Executive Vice President and Managing Director at Alliant Insurance Services, Inc. I work as an insurance producer for public entities and not-for-profit organizations. In my work, I establish insured, self-insured and re-insured programs for clients including universities, schools, cities, counties, states, special districts, airports, seaports and a wide variety of not-for-profit organizations.

3. I understand that Aon has claimed in Paragraph 30 of the Complaint that "[b]efore April 19, 2023, Alliant did not have a reinsurance brokerage practice." This is not so. Over the

past decade, Alliant has placed numerous reinsurance contracts as broker on behalf of our public entity and healthcare clients. Based on my own knowledge and on information provided to me by Alliant personnel, insurance companies that Alliant has had reinsurance transactions with over just the past 12 months include, but are not limited to:

- Allianz
- Ascot
- Arch
- Ark
- AXA XL
- Axis
- AWAC (Allied World Assurance Co.)
- Berkshire
- Brit
- Chubb
- CNA
- Continental Indemnity
- Convex
- Core
- Everest
- Fidelis
- Genesis
- Great American
- Hallmark
- Homeland
- Inigo
- Ironshore (owned by Liberty Insurance)
- Lancashire
- Lexington (owned by AIG)
- Markel
- Mitsui
- Munich Re
- Old Republic
- Panther Re
- Partner Re
- RSA
- RSUI
- Scor Re
- Sirius

- Sompo
- Starr
- Travelers
- Upland
- Westchester
- Zurich

By reinsurance transactions, I mean that Alliant has placed reinsurance programs for clients either directly or by working with wholesalers to place the reinsurance contracts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 23, 2023.

_____
DANIEL HOWELL

DB1/ 138494497.3