UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT, MICHAEL O'BRIEN, and ROBERT OSBORNE, <br><br> Defendants. | Case No. 23-cv-03044 <br><br> Hon. John J. Tharp, Jr. |

## DECLARATION OF DEBRA L. FISCHER

I, DEBRA L. FISCHER, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of Morgan, Lewis & Bockius LLP, counsel of record to defendants in this action. I am located within the United States and am a resident of California, am over the age of 18 years and am fully familiar with the facts set forth herein. If called to testify as a witness in this action, I could and would testify to these same facts.

2. Annexed hereto as **Exhibit A** is a true and correct copy of the 2022 Annual Financial Report of Aon plc, dated April 2023. The attached report was downloaded from the SEC Filings section of Aon's website at https://ir.aon.com/sec-filings.

3. Annexed hereto as **Exhibit B** is a true and correct copy of my April 21, 2023 letter to James M. Witz, Esq., counsel to plaintiffs.

1

4. Annexed hereto as **Exhibit C** is a true and correct copy of my April 23, 2023 letter to James M. Witz, Esq., counsel to plaintiffs.[1]

5. Annexed hereto as **Exhibit D** is a true and correct copy of my April 25, 2023 letter to James M. Witz, Esq., counsel to plaintiffs.

6. Annexed hereto as **Exhibit E** is a true and correct copy of my May 1, 2023 letter to James M. Witz, Esq., counsel to plaintiffs.

7. Annexed hereto as **Exhibit F** is a true and correct copy of the May 18, 2023 letter from Lorraine M. Casto, Esq., of Morgan, Lewis & Bockius LLP, counsel to defendant, to James M. Witz, Esq., counsel to plaintiffs. In the letter, which was sent prior to defendants' or their counsel's notification of plaintiffs' application for a temporary restraining order, we advised plaintiffs' counsel of the individual defendants' willingness to voluntarily consent to a neutral forensic examination based upon an agreed-upon neutral forensic examination protocol, and that we were willing to meet and confer to discuss the details of the protocol.

8. Annexed hereto as **Exhibit G** is a true and correct copy of Aon's counsel's email response to Ms. Casto's May 24, 2022 letter. In it, Aon's counsel agreed to negotiate a forensic protocol with defendants' counsel, and provided information regarding the devices and accounts Aon would like covered by the protocol. Defendants' counsel will in good faith respond with what defendants deem to be a more reasonable scope and prepare a draft forensic protocol for Aon's consideration.

---

[1] Passwords and other device credentials have been redacted from the attached correspondence.

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 24, 2023.

                                                                                  _____
                                                                                   DEBRA L. FISCHER