**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT, MICHAEL O'BRIEN, and ROBERT OSBORNE, <br><br> Defendants. | Case No. 23-cv-03044 <br><br> Hon. John J. Tharp, Jr. |

**DECLARATION OF DORIS LITTLE**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Doris Little, hereby state as follows:

1.      I am over eighteen (18) years of age. All facts and statements contained in this declaration are true and correct and are based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2.      I am a computer and digital forensics consultant at Chorus Consulting ("Chorus"). Chorus provides eDiscovery, computer and digital forensics services to law firms and litigants, including corporations. Chorus was engaged on April 20, 2023 by Morgan Lewis on behalf of several new hire employees who left Aon and joined Alliant on and after April 19, 2023. Chorus was engaged to preserve the contents of personal devices and personal online accounts (including personal email accounts) belonging to these new hires in order subsequently to search for, locate, and remove any Aon work-related information (if any) from such devices or accounts.

3.      Chorus frequently assists individuals in removing former-employer-related information from the individuals' personal devices, the purpose of which is to avoid keeping such information when an individual leaves his or her former employer. The first step typically performed in this process is to acquire a preservation image of the personal device using a computer forensics imaging tool before anything is permanently removed from the device. The preservation image is then searched to locate files to be removed from the device. After any relevant files are permanently removed, a post-removal image of the device is acquired using a computer forensics tool to verify that any removed files are no longer on the device.

4.      I collected, searched, and remediated the personal email accounts of Andrew Masse and Juan Aponte, the two individual defendants identified in Aon's May 15, 2023 Complaint and Aon's May 18, 2023 Motion for Temporary Restraining Order ("TRO Motion") as having sent themselves emails from their Aon email accounts to their personal email accounts. I also collected, searched, and remediated the personal email account of Owen Buscaglia, another individual

1

defendant. I also collected, searched, and remediated the personal email accounts and personal devices of other new hires who are not named as defendants in the instant action.

5.     With regard to Andrew Masse, I temporarily changed the password to his personal email account on April 21, 2023 to prevent him from accessing the account until any work-related emails had been removed from it. With regard to Juan Aponte, I temporarily changed the passwords to his two personal email accounts on April 28, 2023 to prevent him from accessing either account until any work-related emails had been removed from them.

6.     I searched the personal email collections for any emails sent from or to an @aon.com email address (Aon's email domain). I provided the search results to counsel and counsel subsequently provided lists of the emails to be removed from each personal email account, which I then permanently removed.

7.     I have reviewed the undated Declaration of Andrew Laing, which was filed today in support of Aon's TRO Motion, including Exhibits A and B to his declaration, which Mr. Laing declares are copies of email contents Mr. Aponte and Mr. Masse sent from their respective Aon email accounts to their respective personal email accounts. I have confirmed that those contents were among the contents I removed from their personal email accounts as described above. I did not find any evidence in the personal email collections that the emails removed from Mr. Masse's or Mr. Aponte's personal email accounts had been forwarded to anyone.

Executed on May 18, 2023, at Houston, Texas.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Doris Little