**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., | Case No. 23-cv-03044 |
| Plaintiffs, | |
| v. | Hon. John J. Tharp, Jr. |
| ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT, MICHAEL O'BRIEN, and ROBERT OSBORNE, | |
| Defendants. | |

## DECLARATION OF JOAN MILES

I, JOAN MILES, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am located within the United States and am a resident of the State of Florida, am over the age of 18 years and am fully familiar with the facts set forth herein. If called to testify as a witness in this action, I could and would testify to these same facts.

2.      I am the President of Astrus Insurance Solutions, LLC ("Astrus"), which is wholly-owned by Alliant Insurance Services. Astrus is a managing general underwriter (MGU), which is a specialized type of insurance intermediary that has been granted underwriting authority by an insurer. Astrus serves as an underwriter for Chubb Insurance Group.

3.      Astrus, specializes in mid-market construction risks and wrap-ups (liability policies that serve as all-encompassing insurance that protects contractors and subcontractors working on large projects).

DB1/ 138494647.3                                   1

4.     I have a long history with Nicholas Ambriano, who recently joined Alliant from Aon. I first met Nick when he was less than ten years old when he and his family visited Boston College while I was rooming with his cousin. I have remained friends with his family and have had the opportunity to watch over the years as he entered and then thrived in the insurance business, the family occupation of both his father and uncle.

5.     My relationship with Nick Ambriano is also a long-standing professional one. For many years, on behalf of MGUs serving as underwriters for carriers, I placed reinsurance through Nick as our facultative reinsurance broker. Naturally, I am also familiar with many of the individuals who have worked with Nick at Aon on facultative reinsurance.

6.     I have been with Astrus since 2015, and in underwriting for Chubb, I and the underwriting team at Astrus have relied on Nick Ambriano for Chubb's construction reinsurance placements. It would seriously disserve Astrus, and Chubb (as cedent), for Aon to be permitted to disrupt the reinsurance work that Nick and the other members of the facultative group do for Chubb. It would also make no logical sense, given that both cedent carriers and reinsurers are widely known to all in the industry, and given the fact that the Alliant reinsurance professionals, like Nick, and the underwriters who work at Astrus on behalf of Chubb, all ultimately work for Alliant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 23, 2023.


_____
JOAN MILES