**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., | Case No. 23-cv-03044 |
| Plaintiffs, | |
| v. | Hon. John J. Tharp, Jr. |
| ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT, MICHAEL O'BRIEN, and ROBERT OSBORNE, | |
| Defendants. | |

<u>**DECLARATION OF JUAN APONTE**</u>

I, JUAN APONTE, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am named as a defendant in this action. I am located within the United States and am a resident of Florida, am over the age of 18 years and am fully familiar with the facts set forth herein. If called to testify as a witness in this action, I could and would testify to these same facts.

2.     I am aware that in Paragraphs 13 and 94 of the Complaint, Aon has complained that, a few days prior to my departure from Aon, I emailed Aon work materials from my Aon email account to my personal email account. I am no longer in possession of these materials and I have not used them to solicit or work on business at Alliant. Nor did I forward or disclose those emails to Alliant. Shortly after my departure from Aon, through a forensics consultant arranged by my counsel, the Aon work materials were removed from my personal email account. Also, I had shredded a paper copy of the same materials and do not have any other paper or electronic copies

of the materials. I have done a careful search for any remaining Aon information and I did not locate any in my possession. Based on the forensic removal of my emails, and because I shredded Aon documents after I resigned, I do not have any Aon confidential, proprietary, or trade secret information in my possession.

3.      I am also aware that in Paragraph 94 of the Complaint Aon has complained about my purchase of Broadway tickets for an Aon client. These tickets (for MJ the Musical) had been owed and outstanding to the client for months and I only got around to obtaining them shortly before my departure from Aon. They were delivered to the client on StubHub as had been promised; I did not attend the show.

4.      I have not solicited or worked on any business at Alliant that were Aon submissions that I worked on or renewal business that I worked on at Aon. Aon is trying to stop me from working on entirely new submissions that are not Aon renewal business or Aon business that I ever worked on. The result of this would essentially take me out of the reinsurance business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 23rd, 2023.

_____
JUAN APONTE