UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AON PLC, AON CORPORATION, and AON FAC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANT INSURANCE SERVICES, INC., LOUIS AMBRIANO, NICHOLAS AMBRIANO, JUAN APONTE, OWEN BUSCAGLIA, ANDREW MASSE, RACHEL MCALLISTER, CHRISTOPHER MEDLICOTT, MICHAEL O'BRIEN, and ROBERT OSBORNE, <br><br> Defendants. | Case No. 23-cv-03044 <br><br> Hon. John J. Tharp, Jr. |

**ORDER SETTING EXPEDITED DISCOVERY AND
MOTION FOR PRELIMINARY INJUNCTION SCHEDULE**

The parties have met and conferred, and based on their agreement, the Court hereby orders the following schedule for expedited discovery and Plaintiffs' motion for preliminary injunction:

**I.    WRITTEN DISCOVERY**

**A.**    Plaintiffs[1] may, collectively, serve a total of 15 requests for production and 15 interrogatories on Defendants[2] by June 20, 2023. Defendants may, collectively, serve a total of 15 requests for production and 15 interrogatories on Plaintiffs by June 20, 2023.

**B.**    Each Plaintiff and each Defendant must answer each request for production and interrogatory separately, however the separate substantive answers per party may be contained in a single set of responses served by each side.

**C.**    Written responses and objections to requests for production will be due by July 7, 2023. Document productions are to be completed by July 18, 2023.

---

[1] "Plaintiffs" collectively refers to Aon plc, Aon Corporation, and Aon Fac, Inc.

[2] "Defendants" collectively refers to Alliant Insurance Services, Inc., Louis Ambriano, Nicholas Ambriano, Juan Aponte, Owen Buscaglia, Andrew Masse, Rachel McAllister, Chris Medlicott, Michael O'Brien, and Robert Osborne.

- **D.** Written answers and objections to interrogatories will be due by <u>July 18, 2023</u>. However, the parties shall meet and confer about potential objections to interrogatories by <u>June 30, 2023</u>, to endeavor to minimize disputes.

- **E.** Privilege logs shall be served on <u>July 25, 2023</u>.

- **F.** The parties shall meet and confer within two business days after service of written discovery responses to resolve any disputes. Any discovery disputes unresolved after the parties meet and confer shall be raised via motion, with such motion not to exceed ten double-spaced pages.

- **G.** Service of all documents may be made by email to all counsel of record.

## II. DEPOSITIONS

- **A.** Depositions shall be completed by <u>August 15, 2023</u>.

- **B.** Depositions may be conducted remotely.

- **C.** Plaintiffs may take the deposition of each individual defendant, plus Plaintiffs make take a Fed. R. Civ. P. 30(b)(6) deposition of defendant Alliant Insurance Services, Inc., totaling ten depositions. Five of the depositions shall not exceed four hours.

- **D.** Defendants may take the depositions of Andrew Laing, Robert Olson, and Gary White, plus Defendants may take a Fed. R. Civ. P. 30(b)(6) deposition of each Plaintiff (i.e., Aon plc, Aon Corporation, and Aon Fac, Inc.), totaling six depositions.

- **E.** Plaintiffs and Defendants are collectively limited to ten Fed. R. Civ. P. 30(b)(6) topics in total, per side.

- **F.** In addition to the depositions identified *supra*, each side may subpoena two non-parties for documents and/or depositions.

- **G.** The testimony time of depositions in expedited discovery counts against the total of seven hours per person during full discovery.

- **H.** Parties may move the Court to take additional depositions.

## III. EXPERTS

- **A.** Each side may initially designate no more than two experts, exclusive of any rebuttal expert(s).

- **B.** For purposes of expedited discovery, the Parties agree that the expert disclosures need not include a written report compliant with Fed. R. Civ. P. 26(a)(2)(B) and may instead consist of a written summary that provides reasonable notice of the expert's opinions and bases of the opinions.

- **C.** The parties shall simultaneously exchange the experts' disclosures and written summaries by <u>August 22, 2023</u>.

- **D.** Rebuttal disclosures and summaries, if any, shall be exchanged by <u>August 29, 2023</u>.

- **E.** Depositions of experts shall be completed by <u>September 12, 2023</u>.

**IV. MOTION FOR PRELIMINARY INJUNCTION**

    **A.** Plaintiffs shall file a motion for preliminary injunction by September 19, 2023.

    **B.** Defendants shall file opposition papers on October 3, 2023.

    **C.** Plaintiffs shall file reply papers on October 13, 2023.

**V. PRELIMINARY INJUNCTION HEARING**

    **A.** Witness and exhibit lists shall be exchanged on October 18, 2023. Witness lists should include a short summary of the topics of anticipated testimony for each witness and an estimate of the duration of their examination.

    **B.** The parties shall meet and confer to stipulate as to authenticity and admissibility on or before October 25, 2023.

    **C.** The three-day preliminary injunction hearing shall occur on November 7, 8, and 9, 2023.

DATED: June 20, 2023

_____
Hon. John J. Tharp, Jr.